UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00095-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FABIAN BENCOMO-CHACON,

    Defendant.

## ORDER

BEFORE THE COURT is the Government's response to the Defendant's Motion for Order to Show Cause.

**IT IS ORDERED** that the Defendant may file a reply on or before June 22, 2007.

Dated this 15th day of June, 2007

    **BY THE COURT:**

    *Marcia S. Krieger*
    _____
    Marcia S. Krieger
    United States District Judge