**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: August 27, 2007
Court Reporter:    Paul Zuckerman
Probation Officer: Lisa Pence
Interpreter:       Catherine Bahr

Criminal Action No. 07-cr-00095-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Robert Brown

       Plaintiff,

v.

FABIAN BENCOMO-CHACON,                      Virginia Grady

       Defendant.

## SENTENCING MINUTES

**10:30 a. m.    Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on June 11, 2007.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure. Argument by defense counsel.  The Government objects to departure.

The defendant **does** contend that the sentence should be different (variance) from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by defense counsel.  The Government does not object to variance.

Allocution. - Statements made by: The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**  Defendant's Motion for Downward Variance **(Doc. #30)** is **GRANTED.**

**ORDER:**  **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:20 a.m.**  **Court in recess.**

**Total Time:  50 minutes**
Hearing concluded.